COOLEY LLP
STEPHEN C. NEAL (170085)
(nealsc@cooley.com)
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Defendant Elizabeth Holmes*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>Arizona THERANOS, INC., Litigation | No. 2:16-cv-2138-HRH<br>(Consolidated with)<br>No. 2:16-cv-2373-HRH<br>No. 2:16-cv-2660-HRH<br>No. 2:16-cv-2775-HRH<br>-and-<br>No. 2:16-cv-3599-HRH)<br><br>**DECLARATION OF JOHN C. DWYER IN SUPPORT OF COOLEY LLP'S RESPONSE TO PLAINTIFFS' NOTICE OF NON-COMPLIANCE [DKT. 335] RE MOTION TO WITHDRAW AS ATTORNEYS FOR ELIZABETH HOLMES** |

I, John C. Dwyer, declare:

1. I am a partner with the law firm of Cooley LLP, counsel for Defendant Elizabeth Holmes. I am a member in good standing of the State Bar of California, and have been admitted to this Court *pro hac vice* for purposes of this action. I make this declaration in support of Cooley LLP's Motion to Withdraw as Attorneys for Elizabeth Holmes. I have personal knowledge of the matters set forth herein.

2. I was involved in discussions and correspondence between, on the one hand, Jeff Lombard of Cooley LLP and/or me, counsel for Ms. Holmes, and, on the other hand, Roger Heller of Lieff Cabraser Heimann and Bernstein LLP, counsel for Plaintiffs, between September 30, 2019 and October 17, 2019.

3. Both parties have acted in good faith to resolve the matter of how to provide adequate contact information for Ms. Holmes, in consideration of Ms. Holmes' reasonable concern about providing her home address and telephone number in the Motion to Withdraw due to her public profile and the public profile of this matter. However, despite these good-faith efforts, the parties were unable to reach a mutually agreed-upon resolution.

4. Mr. Heller expressed willingness to allow Ms. Holmes to provide her address and telephone number under seal.

5. Because of concerns that Ms. Holmes' personal information might ultimately be made public in response to motions to unseal, we expressed that this would not be an acceptable resolution.

6. We proposed that we would provide to all counsel of record a personal email address at which Ms. Holmes agreed to accept service of all papers and communications.

7. Mr. Heller expressed that this would not be an acceptable resolution.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of October, 2019, at Palo Alto, California.

/s/ *John C. Dwyer*
John C. Dwyer

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants in this matter:

By: /s/ *John C. Dwyer*
John C. Dwyer

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2019, I caused a true and correct copy of the attached document to be served upon the following by First Class U.S. Mail and Email:

Elizabeth Holmes
3141 Stevens Creek Blvd #40062
San Jose, CA 95117

By: *\/s/ Julie L. Correll*